*Exhibit C*

| | |
|---|---|
| ROBERT J. MALLOY, ESQUIRE<br>ROBERT J. MALLOY, ESQUIRE PC<br>2 North Maple Avenue<br>Marlton, NJ 08053<br>Phone: (856) 596-2225<br>ecf.rjmalloylaw@gmail.com<br>Attorney for South Jersey Federal Credit Union | Entered in the records of executions<br>issued in the Superior Court Clerk's Office |
| SOUTH JERSEY FEDERAL CREDIT UNION,<br><br>Plaintiff.<br><br>vs.<br><br>MARGARET SCHEMELIA, MR. SCHEMELIA, spouse of MARGARET SCHEMELIA; JOHN DOE; JANE DOE; UNITED STATES OF AMERICA<br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>CAMDEN COUNTY<br><br>CHANCERY DIVISION<br><br>DOCKET NO F-13949-16<br><br>Civil Action<br><br>**WRIT OF POSSESSION** |

**THE STATE OF NEW JERSEY**
**To the Sheriff of the County of Camden**
**GREETINGS:**

WHEREAS, on November 19, 2018, by a certain judgment of the Superior Court of New Jersey, Chancery Division, CAMDEN County, in a cause therein pending, wherein the Plaintiff is SOUTH JERSEY FEDERAL CREDIT UNION, and **Margaret Schemelia**, the Defendant, it was ordered and adjudged that the Plaintiff, its assignee or the successful bidder at Sheriff's Sale recover the possession of the lands and premises, with the appurtenances, described in its Complaint from the following Defendant(s) and all who hold under said Defendant(s): **Margaret Schemelia**, which premises are more particularly set for on the Rider annexed hereto and made a part hereof, the possession of which said land and premises the said Defendants have hitherto unlawfully deprived the said Plaintiff and/or its assignee, as appears to us of record.

THEREFORE, you are hereby commanded that, without delay, you cause SOUTH JERSEY FEDERAL CREDIT UNION, assignee of Plaintiff's successful bid at Sheriff's Sale, to

have possession of the said land premises with the appurtenances thereunto belonging and appertaining; and make known to the said Superior Court of New Jersey aforesaid at Trenton within six months, the manner in which you shall have executed this writ, and have you then and there this writ.

WITNESS, the Honorable  Nan S. Famular P.J.Ch , Judge of the Superior Court of Camden NJ   aforesaid, this   22nd    day of    February         , 2019.

/s/ Michelle M. Smith
MICHELLE M. SMITH
Clerk of the Superior Court

Signed and Sealed in the Superior Court of New Jersey

**ROBERT J. MALLOY, ESQUIRE, P.C.**
Attorney for Assignee/Successful bidder

   /s/ Robert J. Malloy, Esquire
   Robert J. Malloy, Esquire