*EXHIBIT E*

## Property Information

| | | |
|---|---|---|
| Block : 183 | Lot: 5 | Qualification : |

Tax Account Number : 29063

Dimension : 40X130

Property location : 808 MERCER ST

Property Class : 2

Bank code :

Additional Lots : 6.01,6.02

US BANK CUST ACTLIEN HOL

Deductions:
Senior:        0
Vet  :        0
Widow :        0
Survivor:        0
Disabled:        0
Deduction amount:    0.00

## Owner Information

SCHEMELIA, MARGARET
808 MERCER ST
GLOUCESTER CITY, NJ   08030

## Property Information

2018 Net Tax :         5,063.04
2019 Net Tax :         0.00
2019 Total Tax:        0.00

Land value:        37,900
Improvement value:        79,300
Net taxable value:       117,200

Special Tax codes :     Special Tax Amount :          0.00

## Interest calculation date: 3/15/2019

| Tax Year | Quarter | Tax Due | Days | 8% | 18% | Interest | Quarter Totals |
|---|---|---|---|---|---|---|---|
| Delinquent Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 Pdm 0.0000 |

## Lien Information is calculated to 3/15/19

| Type | Yr | Cert # | Date | Amount | Sale Cost | Int To Date | Stat Fee | Total |
|---|---|---|---|---|---|---|---|---|
| SUB | 2018 | 2017-222 | 4/25/18 | 1,208.54 | 0.00 | 193.37 | 0.00 | 1,401.91 Pdm 0.604 |
| SUB | 2018 | 2017-222 | 9/12/18 | 3,825.28 | 0.00 | 350.01 | 0.00 | 4,175.29 Pdm 1.913 |
| SUB | 2018 | 2017-222 | 12/19/18 | 1,707.52 | 0.00 | 73.42 | 0.00 | 1,780.94 Pdm 0.854 |
| SUB | 2017 | 2017-222 | 3/27/17 | 1,690.99 | 0.00 | 598.61 | 0.00 | 2,289.60 Pdm 0.845 |
| SUB | 2017 | 2017-222 | 7/18/17 | 180.81 | 0.00 | 53.97 | 0.00 | 234.78 Pdm 0.090 |
| SUB | 2017 | 2017-222 | 8/29/17 | 1,754.45 | 0.00 | 487.74 | 0.00 | 2,242.19 Pdm 0.877 |
| OTS | 2016 | 2017-222 | 1/25/17 | 5,064.11 | 175.00 | 0.00 | 264.56 | 5,503.67 Pdm 0.000 |
| SUB | 2019 | 2017-222 | 2/27/19 | 1,547.73 | 0.00 | 13.93 | 0.00 | 1,561.66 Pdm 0.774 |

PREMIUM(S) IN THE AMOUNT OF $     2,300.00   IS NOT INCLUDED IN THE LIEN TOTALS.

**LIEN TOTALS**          16,979.43      175.00      1,771.05      264.56   19,190.04      5.958

Lien Totals subject to additional subsequent payments by the Lien holder
Please contact the Tax Office prior to payment

```
PAID
MAR 0 5 2019
GLOUCESTER CITY
TAX & WATER DEPARTMENT
```

*Short 268 ⁰⁵*