**EXHIBIT F**

New Search | Assessment Postcard

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Block: | 183 | Prop Loc: | 808 MERCER ST | Owner: | SCHEMELIA, MARGARET | Square Ft: | 852 |
| Lot: | 5 | District: | 0414 GLOUCESTER CITY | Street: | 808 MERCER ST | Year Built: | 1926 |
| Qual: | | Class: | 2 | City State: | GLOUCESTER CITY, NJ 08030 | Style: | BW |

Additional Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Prior Block: | 183 | Acct Num: | 00299000 | Addl Lots: | 6.01, 6.02 | EPL Code: 0 0 0 |
| Prior Lot: | 5 | Mtg Acct: | | Land Desc: | 40X130 | Statute: |
| Prior Qual: | | Bank Code: | 0 | Bldg Desc: | 1SF | Initial: 000000 Further: 000000 |
| Updated: | 02/14/14 | Tax Codes: | | Class4Cd: | 0 | Desc: |
| Zone: | 08 | Map Page: | 16 | Acreage: | 0 | Taxes: 4958.73 / 0.00 |

Sale Information

| Sale Date: | 03/11/05 | Book: | 7763 | Page: | 1337 | Price: | 135000 | NU#: 0 | |
|---|---|---|---|---|---|---|---|---|---|
| Sr1a | Date | Book | | Page | Price | NU# | Ratio | | Grantee |
| More Info | 03/11/05 | 7763 | | 1337 | 135000 | | 54.96 | | SCHEMELIA, MARGARET |

TAX-LIST-HISTORY

| Year | Owner Information | Land/Imp/Tot | Exemption | Assessed | Property Class |
|---|---|---|---|---|---|
| 2019 | SCHEMELIA, MARGARET<br>808 MERCER ST<br>GLOUCESTER CITY, NJ 08030 | 37900<br>79300<br>117200 | 0 | 117200 | 2 |
| 2018 | SCHEMELIA, MARGARET<br>808 MERCER ST<br>GLOUCESTER CITY, NJ 08030 | 37900<br>79300<br>117200 | 0 | 117200 | 2 |
| 2017 | SCHEMELIA, MARGARET<br>808 MERCER ST<br>GLOUCESTER CITY, NJ 08030 | 37900<br>79300<br>117200 | 0 | 117200 | 2 |
| 2016 | SCHEMELIA, MARGARET<br>808 MERCER ST<br>GLOUCESTER CITY, NJ 08030 | 37900<br>79300<br>117200 | 0 | 117200 | 2 |

*Click on Underlined Year for Tax List Page

*Click Here for More History