| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br>Margaret Schemelia | Case Number: 19-15830<br><br>Hearing Date: July 9, 2019<br><br>Judge: Jerrold N. Poslusny<br><br>Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified | |

**CHAPTER 13 DEBTOR(S) CERTIFICATION IN OPPOSITION TO CREDITORS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The debtor in this case opposes the following (**choose one**):

☒ Motion to for relief from the automatic stay .

A hearing has been scheduled for July 9, 2019.

I oppose the above matter for the following reasons:

1. Up until January, 2019 and or February, 2019 I was making payments to South Jersey Federal Credit Union. Since I was making payments, I was not aware that I was in default.
2. This certification is being made in an effort to resolve the issues raised in the creditors motion for relief from the automatic stay.

I certify under penalty of perjury that the above is true.

Date: 06/27/19

/s/ Margaret Schemelia
Margaret Schemelia

1