| | |
|---|---|
| SOUTH JERSEY FEDERAL CREDIT UNION<br><br>Plaintiff<br><br>vs<br><br>MARGARET SCHEMELIA, ET AL.<br><br>Defendant | 20160722122935<br><br>Superior Court Of New Jersey<br><br>CAMDEN Venue<br><br>Docket Number: F 103949 16 |

**Person to be served** (Name and Address):
MARGARET SCHEMELIA
808 MERCER ST
GLOUCESTER CITY NJ 08030
By serving: MARGARET SCHEMELIA

**Attorney:** ROBERT J. MALLOY, ESQ.

**Papers Served:** LETTERS, SUMMONS AND COMPLAINT FOR FORECLOSURE, FCIS, CERTIFICATIONS, SCHEDULE A-C, VERIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:** [X] Served Successfully  [ ] Not Served

**Date/Time:** 7/26/2016 12:41 PM

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

MARGARET SCHEMELIA

SELF

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: WHITE   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____   Date/Time: _____   Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

_27_ day of _July_, 20_16_

Notary Signature: _____
KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018

I, HANAN HAYON, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   7/27/20 16   Date

Name of Private Server: HANAN HAYON   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

JB

ATTENTION THOMAS MORAGHAN
THIS FORM MUST BE FILLED OUT BEFORE BILLING CAN BE PROCESSED!

# FORECLOSURE QUESTIONNAIRE
## 20160722122935

1. List the marital status:
   [X] Single   [ ] Married   [ ] Divorced   [ ] Separated   [ ] Widowed

2. List full name of the spouse: _____

3. Is the spouse living in the same dwelling/unit?   [ ] Yes   [ ] No

4. If not, where is the spouse currently residing?
   _____
   **ATTENTION! YOU MAY ONLY SERVE A SPOUSE WHO RESIDES WITHIN!**

| | |
|---|---|
| GSS#: | 20160722122935 |
| Doc: | LETTERS, SUMMONS AND COMPLAINT FOR FORECLOSURE, FCIS, CERTIFICATIONS, SCHEDULE A-C, VERIFICATION |
| Entity: | MARGARET SCHEMELIA |
| Plaintiff: | SOUTH JERSEY FEDERAL CREDIT UNION |
| Defendant: | MARGARET SCHEMELIA, ET AL. |
| Docket: | F 103949 16 |
| Venue: | CAMDEN |
| Address: | 808 MERCER ST  GLOUCESTER CITY NJ 08030 |
| Firm: | ROBERT J. MALLOY, ESQUIRE |
| Attorney: | ROBERT J. MALLOY, ESQ. |
| Due Date: | 7/26/2016 |
| Court Date: | |

# THOMAS MORAGHAN