Attorney ID 020711989
ROBERT J. MALLOY, ESQUIRE
ROBERT J. MALLOY, ESQUIRE PC
2 North South Maple Avenue
Marlton, NJ 08053
Phone: (856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorney for South Jersey Federal Credit Union

| | | |
|---|---|---|
| SOUTH JERSEY FEDERAL CREDIT UNION, | : | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY |
| | : | LAW DIVISION |
| Plaintiff. | : | |
| vs. | : | DOCKET NO. F-013949-16 |
| MARGARET SCHEMELIA, MR. SCHEMELIA, SPOUSE OF MARGARET SCHEMELIA, JOHN DOE, JANE DOE | : : : | Civil Action |
| Defendant(s). | : | |

**AFFIDAVIT OF SERVICE**
**DEFAULT**

1. I, Robert J. Malloy, am the attorney for the plaintiff in the above-entitled action.

2. On October 24, 2016, I mailed a copy of the attached Request for Entry of Default and Certification in this action, along with a letter, by placing such copies in an envelope, addressed as below, sealing said envelope, placing proper postage thereon by certified mail, return receipt requested by ordinary mail, mailing such envelope at the Post Office, Marlton, New Jersey to the persons and addresses listed below:

| **Party:** | **Address:** |
|---|---|
| Margaret Schemelia | 808 Mercer Street Gloucester City, NJ 08030 |

3. A copy of the signed certified mail card is attached hereto.

4. I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ ROBERT J. MALLOY, ESQUIRE
ROBERT J. MALLOY, ESQUIRE PC
2 North Maple Avenue
Marlton, NJ  08053
(856) 596-2225

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Margaret Schemelia
808 Monroe Street
Gloucester City, NJ 08030

9590 9403 0742 5196 8458 13

2. Article Number (Transfer from service label)

7015 0640 0001 2317 4759

PS Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt