Attorney ID 020711989
ROBERT J. MALLOY, ESQUIRE
ROBERT J. MALLOY, ESQUIRE PC
2 North Maple Avenue
Marlton, NJ 08053
Phone: (856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorney for South Jersey Federal Credit Union

| | |
|---|---|
| SOUTH JERSEY FEDERAL CREDIT UNION, | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY CHANCERY DIVISION |
| Plaintiff. | |
| vs. | DOCKET NO. F-013949-16 |
| MARGARET SCHEMELIA., et al. | Civil Action |
| Defendant(s). | |

## CERTIFICATION OF MAILING OF 14 DAY NOTICE

On, March 22, 2017, I, the undersigned, Attorney for South Jersey Federal Credit Union, mailed to the following persons, in separate envelopes, by certified mail, return receipt requested, with postage prepaid, a 14 day notice of entry of judgment in accordance with N.J.S.A. 2A:50-58a, advising the debtors of the debtors' right to cure under the act and the debtors' right to mail a certified statement to the attorney for the lender in accordance with the aforesaid statute:

**MARGARET M. SCHEMELIA**

A copy of the notice mailed to each debtor is attached to this certification.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/S/ _____
Robert J. Malloy, Esq.
Robert J. Malloy, Esq., PC
Attorney for Plaintiff

Dated: 10/22/18

# ROBERT J MALLOY, ESQUIRE
A Professional Corporation
2 North Maple Avenue
Marlton, New Jersey 08053
Phone (856) 596-2225
Fax (856) 596-7144
ecf.rjmalloylaw@gmail.com

March 22, 2017

File No.: 1000

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND REGULAR MAIL**

Margaret M. Schemelia
808 Mercer St.
Gloucester City, NJ 08030

Re: **South Jersey Federal Credit Union**
    Account No.: 107357
    Property: 808 Mercer St., Gloucester City, NJ 08030

## NOTICE OF ENTRY OF FINAL JUDGMENT

Dear Mrs. Schemelia:

This is to advise you that absent a response from you in accordance with paragraph 2 of subsection 6a of the Fair Foreclosure Act, N.J.S.A. 2A:50-58a(2), we will submit proper proofs for entry of final judgment in the above foreclosure action on or after May 9, 2017 and that upon entry of final judgment you will lose your right provided pursuant to section 5 of the act to cure the default.

Paragraph 2 of subsection 6a of the Fair Foreclosure Act provides that you may, no later than 10 days after receipt of the within notice for entry of final judgment, mail to us a statement in which you in good faith certify as true that there is a reasonable likelihood that you will be able to provide payment necessary to cure the default within 45 days of the date that this notice became effective. The date this notice became effective was the date we mailed it to you on March 22, 2017. This statement must be sent by registered or certified mail, return receipt requested, to our address. The name and address you may mail your statement to is: South Jersey Federal Credit Union (SJFCU) c/o Robert J. Malloy, Esq., 2 North Maple Avenue, Marlton, NJ 08053. If we receive such a timely statement from you, we cannot submit proper proofs for entry of final judgment in foreclosure earlier than May 9, 2017.

The name and address of the lender and the telephone number of a representative of the lender whom you may contact to obtain the amount required to cure the default is set forth below:

Lender: South Jersey Federal Credit Union
Address: 1615 Hurffville Road, P.O. Box 5530 Deptford, NJ 08096
Phone: (856) 232-9000

Courteously yours,

Robert J. Malloy, Esquire

RJM/lf
cc: SJFCU

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70161370000190197545

Remove ×

Delivered

Updated Delivery Day: Friday, March 24, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 24, 2017, 4:25 pm | Delivered, Left with Individual | GLOUCESTER CITY, NJ 08030 |

Your item was delivered to an individual at the address at 4:25 pm on March 24, 2017 in GLOUCESTER CITY, NJ 08030.

| | | |
|---|---|---|
| March 24, 2017, 8:22 am | Arrived at Unit | CAMDEN, NJ 08104 |
| March 23, 2017, 1:48 pm | Departed USPS Facility | BELLMAWR, NJ 08031 |
| March 22, 2017, 6:59 pm | Arrived at USPS Facility | BELLMAWR, NJ 08031 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)