Attorney ID 020711989
ROBERT J. MALLOY, ESQUIRE
ROBERT J. MALLOY, ESQUIRE PC
2 North Maple Avenue
Marlton, NJ 08053
Phone: (856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorney for South Jersey Federal Credit Union

| | | |
|---|---|---|
| SOUTH JERSEY FEDERAL CREDIT UNION, | : | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY CHANCERY DIVISION |
| Plaintiff. | : | |
| vs. | : | DOCKET NO. F- F-013949-16 |
| MARGARET SCHEMELIA, et al. | : | Civil Action |
| Defendant(s). | : | |

**PROOF OF MAILING (Copy of Judgment)**

1. I, Lynn Friel, the undersigned, am a legal assistant with Robert J. Malloy, Esquire, P.C., attorneys for Plaintiff in the above entitled matter.

2. On October 22, 2018, I mailed in the U.S. Post Office located in Marlton, Evesham Township, New Jersey, a sealed envelope with postage prepaid thereon, by regular and certified mail, return receipt requested to:

**MARGARET SCHEMELIA**
**808 MERCER ST.**
**GLOUCESTER CITY, NJ 08030**

**TENANT**
**808 MERCER STREET**
**GLOUCESTER CITY, NJ 08030**

Containing a copy of the Final Judgment.
Notice of Motion for Final Judgment
Final Judgment
Writ of Execution
Certification of Authenticating Documents
Certification of Amount Due and Schedule
Amount Due Schedule
Certification of Search Fees
Certification of Mailing 14-Day Notice
Certification of Mailing Notice of Motion for Final Judgment

Affidavit of Non-Military
Certification of Service of Required Notices
Certification of Allowance for Counsel Fees
Proof of mailing of Default of Defendants Pursuant to Rule 4:43-1
Certification of No Response

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false. I am subject to punishment.

Date: 10/28/18

/s/ *Lynn Friel*
Lynn Friel