


CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
SHER DEED-OR BOOK 11094/1149
RECORDED 03/19/2019 09:26:30
FILE NUMBER 2019020263
RCPT #: 2138511; RECD BY: LR14
RECORDING FEES $113.00
MARGINAL NOTATION $0.00
TOTAL TAX $2.00

**EXHIBIT D**

# Camden County
# Document Summary Sheet

| | Return Name and Address |
|---|---|
| CAMDEN COUNTY CLERK<br>520 MARKET ST<br>CAMDEN NJ 08102 | Robert J. Malloy, Esquire, P.C<br>Robert J. Malloy, Esquire<br>2 North Maple Avenue<br>Marlton, NJ 08053 |

Official Use Only

| | |
|---|---|
| Submitting Company | Robert J. Malloy, Esquire, P.C. |
| Document Date (mm/dd/yyyy) | 02/26/2019 |
| Document Type | Sheriff's Deed |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 8 |
| Consideration Amount (If applicable) | $100.00 |

| | Name(s) *(Last Name First Name Middle Initial Suffix) (or Company Name as written)* | Address *(Optional)* |
|---|---|---|
| **First Party** *(Grantor or Mortgagor or Assignor)* *(Enter up to five names)* | Camden County Sheriff<br>Margaret Schemelia | |

| | Name(s) *(Last Name First Name Middle Initial Suffix) (or Company Name as written)* | Address *(Optional)* |
|---|---|---|
| **Second Party** *(Grantee or Mortgagee or Assignee)* *(Enter up to five names)* | 1617 Properties, LLC | 1617 Hurffville Road, Deptford, NJ |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information** *(Enter up to three entries)* | City of Gloucester | 183 | 5 | | 808 Mercer Street<br>Gloucester City, NJ |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information** *(Enter up to three entries)* | Mortgage Book | 9369 | 81 | | 02/03/2011 |

*DO NOT REMOVE THIS PAGE.*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF CAMDEN COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.



Prepared by:
ALLEN S. ZELLER, Esquire

# This Indenture, MADE THE

BETWEEN GILBERT L. "WHIP" WILSON, 15th day of February 20 19, A.D. Sheriff of the County of Camden, in the State of New Jersey, of the first part, and 1617 PROPERTIES, LLC, 1617 Hurffville Road, PO Box 5530, Deptford, NJ 08096

**Witnesseth,** that whereas, on or about the 19th day of November, 2018, A. D., a certain judgment was made in the Superior Court of the State of New Jersey, in a certain action therein pending, wherein SOUTH JERSEY CREDIT UNION is plaintiff and MARGARET SCHEMELIA, et al, are defendants

and afterwards, to wit, on the 19th day of November, 20 18, A. D., a writ of execution was issued thereon, out of the said Court, directed to the Sheriff of the County of Camden, in said State, which having first been duly recorded in the office of the Clerk of the said Court at Trenton, in said State, in Book Writ #8028119 of Executions, page and afterwards, to wit on or about the 19th day of December, 20 18, A. D., delivered to the said GILBERT L. "WHIP" WILSON, the party of the first part hereto, he then and still being the Sheriff of the said County of Camden, to be executed according to law, which said execution, among other things, set forth and commanded as follows, to wit:

NEW JERSEY, to wit:

THE STATE OF NEW JERSEY TO THE SHERIFF OF THE COUNTY OF CAMDEN, GREETING:

(L. S.)

**Whereas,**

WHEREAS, on the following date, 19th day of November, 2018, by a certain Judgment in the Superior Court of New Jersey, in a certain cause therein pending wherein the Plaintiff is the SOUTH JERSEY FEDERAL CREDIT UNION and the following named parties are the Defendants: MARGARET SCHEMELIA, it was Ordered and Adjudged that certain mortgaged premises, with appurtenances, in the Complaint (and Amendments, if any) in said cause particularly set forth and described, that is to say:

The mortgaged premises are described as set forth upon the RIDER ANNEXED HERETO AND MADE A PART HEREOF.

TOGETHER, with all and singular rights, liberties, privileges, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and remainders, rents, issues and profits thereof, and also all the estate, right, title, and interest, use, property, claim and demand of the said Defendants of, in, to and out of the same, to be sold, to pay and satisfy in the first place unto Plaintiff, SOUTH JERSEY FEDERAL CREDIT UNION, the sum of $93,054.34 being the principal, interest and lawful advances, if any, secured by a certain mortgage dated January 24, 2011, and given by MARGARET SCHEMELIA, together with lawful interest thereon from February 1, 2016, until the same be paid and satisfied, and also the costs of the aforesaid Plaintiff.

And for that purpose, a Writ of Execution should issue directed to the Sheriff of Camden County commanding him or her to make sale as aforesaid; and that the surplus money arising from such sale, if any, should be brought into the said Court, subject to the further Order of the said Court, as by the said Judgment remaining as of record in the said Superior Court of New Jersey, at Trenton, doth and may more fully appear; and whereas, the costs of the said Plaintiff have been duly taxed at the following sum: $1,929.74.

CCSD FORM 25

THEREFORE, you are hereby commanded, that you cause to be made of the premises aforesaid, by selling so much of the same as may be needful and necessary for the purpose, the aforesaid sum(s), and the same you do pay to the said Plaintiff (and Defendant) together with lawful (and contract interest rate thereon) interest thereon as aforesaid, the sum(s) aforesaid of costs, and that you have the surplus money, if any there be, before the said Superior Court of New Jersey as aforesaid, at Trenton, within 30 days after sale (if no sale, Writ returnable within 24 months, R.4:49-1(a)), to abide the further order of the said court, according to the judgment aforesaid; and you are to make return at the time and place aforesaid, by certificate under your hand, of the manner in which you have executed this our Writ, together with this Writ.

WITNESS the Honorable Nan S. Famular, P.J.Ch., Judge of the Superior Court of Camden aforesaid, on this 19th day of November, 2018.

ROBERT J. MALLOY ESQUIRE, PC
Attorneys for Plaintiff

/s/ Robert J. Malloy
ROBERT J. MALLOY

/s/ Michelle M. Smith
MICHELLE M. SMITH
Clerk of the Superior Court
Signed and Sealed in the Superior Court of
New Jersey

RTF-8 (Rev. 3-98)

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION
(STATEMENT OF PRIOR MORTGAGE, LIENS OR ENCUMBRANCES)
FOR
SHERIFF'S DEEDS
(c. 225, P.L. 1979)
To Be Recorded With Deed Pursuant to c. 49 P.L. 1968, as amended, and c. 225, P.L. 1979

STATE OF NEW JERSEY  } ss.
COUNTY OF CAMDEN

FOR RECORDER'S USE ONLY
Consideration $ _____
Realty Transfer Fee $ _____
Date _____ By _____

**IMPORTANT NOTES:**
This form is to be attached to all Sheriff's Deed not otherwise exempt pursuant to N.J.S.A 46:15-10, when presented to the County Clerk or Register of Deed's for recording. One of the following blocks MUST be checked:

[ ] NO PRIOR MORTGAGES OR LIENS ARE OUTSTANDING.

[✓] PRIOR MORTGAGE OR LIENS OUTSTANDING AND NOT EXTINGUISHING BY THE SALE ARE AS LISTED IN SECTION 2 BELOW.

(1) PARTY OR LEGAL REPRESENTATIVE

SOUTH JERSEY FEDERAL CREDIT UNION
(Plaintiff)

ROBERT J. MALLOY, ESQUIRE, PC
(Legal Representative of Plaintiff)

("Legal representative is to interpreted broadly to include any person actively and responsibly participating in the transaction, such as but not limited to: an attorney representing one of the parties; a closing officer of a title company or lending institution participating in transaction; a holder of power of attorney from plaintiff.")

(2) CONSIDERATION

Deponent states that, with respect to deed hereto annexed, there follows the name or names of all mortgagees and other holders of encumbrances constituting "consideration" as defined in the act to which this act is a supplement (C. 46:15-5(c)), to which such sale shall be subject. Such prior mortgages, liens and encumbrances are as follows:

| NAME OF SECURED PARTY | CURRENT AMOUNT DUE |
|---|---|
| Tax Sale Certificate (2017-222) | $ 11,200.75 |
| Delinquent Taxes | $2,624.01 |
| | |
| | |
| | |
| TOTAL | $ 13,824.76 |

NOTE: The amount of consideration on which the Realty Transfer Fee shall be calculated shall include both the total listed above and the amount bid at the sale as set forth in the Sheriff's Deed.

Deponent makes affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of c. 49, P.L. 1968, as amended, and c. 225, P.L. 1979.

Subscribed and Sworn to before me Robert J. Malloy
this 12th New Jersey Attorney at Law
Day of December 2018 19

Name of Deponent

Address of Deponent

AMOUNT BID AT SHERIFF SALE
$ _____

FOR OFFICIAL USE ONLY
This space for use of County Clerk or Register of Deeds
Instrument Number _____ County _____
Deed Number _____ Block _____ Page _____
Deed Dated _____ Date Recorded _____

**IMPORTANT - BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE FOLLOWING PAGE.**

This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the approval of the Director.

ORIGINAL to be attached to Sheriff's Deed.
COPY to be retained by Sheriff Deed.

## ATTACHED RIDER

The mortgaged premises are described as follows:

ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Camden and State of NJ, BEING Known as Lot 5, 6.01 and 6.02, Block 183 (F/K/A Lot 5, Block 183), on the Official Tax Map of Gloucester City, BEING commonly known as 808 Mercer Street, Gloucester City, New Jersey being more particularly described as follows:

BEGINNING in the Southerly line of Mercer Street, 360 feet West from the South-westerly corner of Mercer and Brown Streets; thence

1. Southwardly parallel with Brown Street, 130 feet; thence
2. Westwardly at right angles to Brown Street, 40 feet; thence
3. Northwardly parallel with Brown Street, 130 feet to the Southerly line of Mercer Street; thence
4. Eastwardly along the Southerly line of Mercer Street, 40 feet to place of BEGINNING.

Being Lots Nos. 394 and 395, Block 183 on plan of property of Davis S. Brown, deceased, Gloucester City, New Jersey, filed and being known as No. 808 Mercer Street.

**And Whereas,** the said Sheriff did seize and take all the hereinbefore particularly described real estate, with appurtenances, and did advertise the same for sale at public vendue, on the 6th day of February, 20 19, A.D., at the Sheriff's office in the City Hall in the City of Camden, in said County of Camden and State of New Jersey, at the hour of twelve o'clock (local time) in the afternoon of said day, by advertisements, signed by himself, and set up in the Sheriff's office of Camden County and at the premises to be sold, at least three weeks next before the time appointed for such sale, and did likewise cause the same to be published four times in the Courier Post and Weekly Retrospect two newspapers designated by him, printed and published in the said County of Camden, in which the said land is situate, at least once a week during four consecutive calendar weeks, the first publication being at least twenty-one days prior, and the last publication not more than eight days prior to the time appointed for selling the same, both of which are published at the City of Camden, said city being the county seat of said County of Camden, and at the time and place so as aforesaid appointed and advertised for selling the same, the said Sheriff did

expose the same to sale by public vendue, and South Jersey Federal Credit Union being the highest bidder for the land and premises hereinafter particularly referred to, the same was, between the hours of twelve and five o'clock in the afternoon of the day last aforesaid, struck off and sold to the said South Jersey Federal Credit Union for the sum of One Hundred and 00/100 ($100.00)--------------------------------------------- dollars;

**And Whereas,** after the said sale, the same was reported by the said Sheriff to the said Court, according to the statute in such case made and provided;

AND WHEREAS by Assignment of Bid said South Jersey Federal Credit Union did assign, set over and transfer all of its right, title and interest in and to the aforesaid bid of South JerseyFederal Credit Union unto the 1617 Properties, LLC, its successors and/or assigns;

**And Whereas,** there not having been served upon the said Sheriff a motion for the hearing of an objection to the sale before the delivery of the within conveyance:

**Now this Indenture Witnesseth** That the said GILBERT L. "WHIP" WILSON, Sheriff as aforesaid of the said County of Camden, for and in consideration of the sum of One Hundred and 00/100 ($100.00)------------------------ dollars to him in hand paid by the said party of the second part at and before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, Hath and by these presents Doth grant, bargain, sell and convey unto the said party of the second part, its successors and assigns,

All and singular the lands and premises hereinbefore more particularly described and mentioned and set forth in the said writ of execution, with the appurtenances.

**To have and to hold,** the said above mentioned and described tract of land and premises, with the appurtenances, unto the said party of the second part, its successors and assigns forever, as fully and absolutely as the said GILBERT L. "WHIP" WILSON , Sheriff as aforesaid, can, may or ought, by virtue of the said execution and of the statutes in such case made and provided, to grant, bargain, sell and convey the same.

And the said GILBERT L. "WHIP" WILSON Sheriff as aforesaid of the said County of Camden, doth covenant and agree to and with the said party of the second part, its successors and assigns, that he, the said GILBERT L. "WHIP" WILSON , Sheriff as aforesaid, hath not done or suffered to be done any act or thing whereby the said premises, or any part thereof, are or may be charged or encumbered in estate, title or otherwise.

**In Witness Whereof,** the said GILBERT L. "WHIP" WILSON , Sheriff as aforesaid, hath hereunto set his hand and seal on the day and year first herein written.

Signed, sealed and delivered in the presence of

_____ (SEAL)
ALLEN S. ZELLER, Esquire        GILBERT L. "WHIP" WILSON, *Sheriff.*

STATE OF NEW JERSEY, Camden County, ss:

*Be it remembered,* That on this 15th day of February, 20 19 A.D., before me, the subscriber, an attorney-at-law, of New Jersey, personally appeared GILBERT L. "WHIP" WILSON Sheriff of said County of Camden, in said State, who is, I am satisfied, the grantor named in the foregoing deed, and I having first made known unto him the contents thereof, he acknowledged that he signed, sealed and delivered the same, freely, as his voluntary act and deed; all of which is hereby certified.

The full and actual consideration paid or to be paid for the transfer of title to realty evidenced by the within deed as such consideration is defined in P.L. 1968, c.49 Sec. 1(b) is $100.00.

ATTORNEY-AT-LAW OF NEW JERSEY.
ALLEN S. ZELLER, Esquire

STATE OF NEW JERSEY, Camden County, ss :

I, GILBERT L. "WHIP" WILSON, Sheriff of said County of Camden, in the State of New Jersey, do solemnly swear that the real estate described in this deed made to 1617 Properties, LLC was by me sold by virtue of a good and subsisting execution, as is therein recited; that the money ordered to be made has not been to my knowledge or belief paid or satisfied; that the time and place of the sale of said real estate were by me duly advertised as required by law, and that the same was cried off and sold to a bona fide purchaser for the best price that could be obtained.

GILBERT L. "WHIP" WILSON, SHERIFF.

Sworn (or affirmed) before me, one of the attorneys-at-law of New Jersey, on this 15th day of February, 20 19, A. D.; and I, having examined the deed above mentioned, do approve the same, and order it to be recorded as a good and sufficient conveyance of the real estate therein described.

ATTORNEY-AT-LAW OF NEW JERSEY.
ALLEN S. ZELLER, Esquire

**Sheriff's Deed**

GILBERT L. "WHIP" WILSON, Sheriff

to

1617 PROPERTIES, LLC
1617 Hurffville Road
PO Box 5530
Deptford, NJ 08096

Prepared by:
ALLEN S. ZELLER, Esquire
120 Haddontowne Court
Cherry Hill, NJ 08034

Received in the Register of Deeds' office of the County of Camden, New Jersey, on the _____ day of _____ A.D. 20_____ at _____ o'clock _____ noon, and recorded in the _____ Book No. _____ of Deeds for said County, on page _____ &c.

Register.

Book11094/Page1156