ROBERT J. MALLOY, ESQUIRE (RM9222)
Robert J. Malloy, Esquire P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorneys for South Jersey Federal Credit Union

| | | |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| SCHEMELIA, MARGARET | : | CASE NO. 19-15830-JNP |
| | : | CHAPTER 13 |
| Debtor. | : | Honorable Jerrold N. Poslusny, Jr. |
| | : | Hearing Date: August 27, 2019 |
| | : | |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE that Robert J. Malloy, on behalf of South Jersey Federal Credit Union ("Movant"), has filed papers with the Court seeking an Order pursuant to 11 U.S.C. §362(d) and/or 11 USC 1302(c) (1)-(3), for sanctions against Debtor's counsel, Mark W. Ford, Esquire, pursuant to Federal Rule of Bankruptcy Procedure 9011, 11 U.S.C. § 105, 28 U.S.C. § 1927, and the court's inherent powers.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before August 20, 2019, you or your attorney must:

File with the Court an answer explaining your position at:

**Clerk, United States Bankruptcy Court**
**U.S. Post Office and Courthouse**
**401 Market Street**
**Camden, NJ 08101**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also serve a copy to:

**Robert J. Malloy, Esquire**
**2 North Maple Avenue**
**Marlton, New Jersey 08053**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

ROBERT J. MALLOY, ESQ. P.C.
Counsel for South Jersey Federal Credit Union

Dated: August 6, 2019 By: /s/ ROBERT J. MALLOY, ESQ.