| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ❏ represent the _____ in the above-captioned matter.

    ❏ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____   _____
                                                                                     Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>     (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>     (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>     (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>     (as authorized by the court *) |