UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

In Re:
Margaret Schemelia

Case Number:  <u>19-15830</u>

Hearing Date:  <u>August 27,2019 at 10:00 a.m. .</u>

Judge:  <u>Jerrold N. Poslusny</u>

Chapter:  13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CONTRA CERTIFICATION IN OPPOSITION TO MOTION FOR SANCTIONS

Mark W. Ford, Esquire , of full age, does hereby certify and state:

1. Neither admitted nor denied.

2. Neither admitted nor denied.

3. Neither admitted nor denied.

4. Neither admitted nor denied.

5. Neither admitted nor denied.

6. Neither admitted nor denied.

7. Admitted that debtor continued to make some payments during the foreclosure process.  In fact the creditor fails to deny that the debtor continued to make mortgage payments.  It only alleges the default failure to pay real estate taxes.

8. Neither admitted nor denied.

9. Neither admitted nor denied.

10. Neither admitted nor denied.

1

11. Neither admitted nor denied.

12. Neither admitted nor denied.

13. Neither admitted nor denied.

14. Neither admitted nor denied.

15. Admitted that debtor filed bankruptcy on March 22, 2019. Denied that a Writ of Possession was obtained before then.

16. Denied that the debtor knew that possession was entered issued prior to the debtor's filing of a voluntary petition.

17. Neither admitted nor denied.

18. Denied to the extent that the property was transferred to a third party. As part of the discussion, we were advising the creditor's attorney of the debtor's lack of knowledge of the process of the proceedings and as such she continued to pay the mortgage up to February, 2019.

19. Neither admitted nor denied.

20. Neither admitted nor denied.

21. Admitted that the amount of figures paid on the arrears as neither I nor the debtor were aware of the arrears amount was on the mortgage.

22. Admitted that the initial schedules that show negative I and J. However, this is cured by the debtor supplying a letter of support and the paystubs for her granddaughter who lived on the property and was contributing to the household expenses.

23. Admitted. I should note to this day, I still have doubts about the debtor's memory.

24. Neither admitted nor denied.

25. Neither admitted nor denied.

26. Denied. Debtor's confirmation hearing was held on July 31, 2019. By that time, the case was dismissed as the stay had been lifted and the debtor no longer wished to continue with the case.

27. Denied that the Meeting of Creditors had not taken place. The meeting of creditors occured on or about July 10, 2019. I note that the creditor was sworn under oath to the contrary to these facts.

28. Denied it was a false statement that the debtor was not aware of the default leading up to foreclosure. In having talked to the debtor and/or her granddaughter paperwork other than a letter from the Sheriff's Department and firmly advised that the debtor was not in default of the mortgage and had continued to make mortgage payments.

29. I apologize for not having provided the proof of income but it has already been supplied to the Trustee's Office and of the contributors contribution to the household. Please note that this is the granddaughters contribution and it was misstated to say it was the daughter. See attached Exhibit C.

30. Neither admitted nor denied.

31. Neither admitted nor denied.

32. Denied that the bankruptcy was filed in bad faith. I acted in good faith attempting to have the debtor comply with everything required of the bankruptcy and to make sure that she would be able to keep up with her payments, reinstate the mortgage and supply the proof of income and payments, filing of documents and negotiations on their behalf to do the same.

33. Denied that I acted in bad faith. Please note that the many if not most of the Chapter 13 cases are being filed with loan modifications. Mortgage payments are not required to do a loan modification and make all these plans unfeasible, unless the mortgage company voluntarily agrees to do the same. That is not so much different than what the debtor tried to do in this case and was requesting a loan modification and of which the creditor had the right to accept or not accept. The fact that the mortgage company did not accept this did not make this a filing in bad faith.

34. Denied.

35. Denied

36. Denied.

37. Denied.

38. Debtor and debtor's attorney respectfully request that the motion for sanctions be denied.


I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: __August 19, 2019__　　　　　　　　　　/s/Mark W. Ford, Esquire
　　　　　　　　　　　　　　　　　　　　　Mark W. Ford, Esquire



# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

*Schemelia*

## Document serial number: DOC130000000001481000

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

Case Number: 1915830

| | |
|---|---|
| **Original Filename:** | 20190502133339400.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, May 2nd 01:38:46 PM (local) |
| **Document Type:** | Individuals Case: Pay Advices or POI |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.



# Social Security Administration

Date: April 29, 2019
BNC: 19BI972K65934
REF: A

MARGARET J SCHEMELIA
808 MERCER ST
GLOUCESTER CY NJ 08030-1143

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2018, the full monthly Social Security benefit before any deductions is $1,103.90.

We deduct $135.50 for medical insurance premiums each month.

The regular monthly Social Security payment is $968.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Information About Past Social Security Benefits**
From December 2017 to November 2018, the full monthly Social Security benefit before any deductions was $1,073.90.

We deducted $129.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $944.00.

(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**
You are entitled to monthly retirement benefits.

**Date of Birth Information**
The date of birth shown on our records is September 05, 1941.

**Medicare Information**
You are entitled to hospital insurance under Medicare beginning September 2006.

You are entitled to medical insurance under Medicare beginning September 2006.

Your Medicare number is 7PT7-YD8-KU38. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log onto Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-614-4778. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
6 EXECUTIVE CAMPUS
SUITE 200
CHERRY HILL, NJ 08002

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This

will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000001443683

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

Case Number: 1915830

| | |
|---|---|
| **Original Filename:** | 20190412113354614.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Friday, April 12th 11:39:03 AM (local) |
| **Document Type:** | Individuals Case: Pay Advices or POI |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  April 2, 2019
BNC#:  19T2055D78315-A

Initiallulllllllllllllllllllllllllllllll

0004295 00010959     1 AB  0.412 0326M1T2R2PN T43 P7
MARGARET J SCHEMELIA
808 MERCER ST
GLOUCESTER CY NJ 08030-1143



We are writing to you about your Social Security benefits.

**What You Should Know**

Based on the information we have, we can pay benefits beginning March 2019.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $968.00 around April 10, 2019.

- This is the money you are due through February 2019.

- You will receive $968.00 for March 2019 around April 10, 2019.

- After that you will receive $968.00 on or about the second Wednesday of each month.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal.  We will review your case and look at any new facts you have.  A person who did not make the first decision will decide your case.  We will review the parts of the decision that you think are wrong and correct any mistakes.  We may also review the parts of our decision that you think are right.  We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.



C

See Next Page

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*





*Exhibit B*

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

**Document serial number: DOC130000000001443696**

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

---

Case Number: 1915830

---

| | |
|---|---|
| **Original Filename:** | 20190412113656562.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Friday, April 12th 11:41:27 AM (local) |
| **Document Type:** | Other - Miscellaneous |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

---

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

To Whom It May Concern.

I Amy Canning Help My GrandMother Margaret J Schemelia Pay All Of The Bills Due To She Only Gets A Little Bit Of Money A Month. I Help With Electric Also The Water Bill. The Taxes The Cable Bill. The Food Shopping. And Every other Bill That Needs To Be Paid. I Do As Much As I Can But I Also Have Four Children And A Fiance With Cancer To Take Care Of Also So I Will Be Making The Payments To All Of The Bills.

Sincerely Amy Canning

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE



Schmelia

### Document serial number:  DOC130000000001480994

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

| Case Number: 1915830 | |
|---|---|
| **Original Filename:** | 20190502133143618.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, May 2nd 01:36:15 PM (local) |
| **Document Type:** | Other - Miscellaneous |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

to whom it may concern                04/29/19

i amy canning pay 2,800 a month on bills for my grandmother margaret schemelia

i pay pseg i pay the waterbill also the comcast bill i pay for food i pay towards the mortage payments i pay towards the taxes. i also buy the house hold items we need for the house for the month because there are 7 of us that live in that house also my fiance puts his money up towards all of the bills finacially my grandmother margaret schemelia can not pay all of the bills i pay the bills and so does my fiance that has cancer. because him and our four children live there with her.



# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

**Document serial number:** DOC130000000001443703

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

Case Number: 1915830

| | |
|---|---|
| **Original Filename:** | 20190412113812912.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Friday, April 12th 11:42:51 AM (local) |
| **Document Type:** | Individuals Case: Pay Advices or POI |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

TA Operating LLC
24601 Center Ridge Road
Westlake, OH 44145-5634
440/808-9100

| | |
|---|---|
| Pay Group: | BW-Bi-Weekly |
| Pay Begin Date: | 03/13/2019 |
| Pay End Date: | 03/26/2019 |

| | |
|---|---|
| Business Unit: | USABU |
| Advice #: | 000000007093391 |
| Advice Date: | 04/02/2019 |

Amy Heather Canning
808 Mercer Street
Gloucester City, NJ 08030

| | |
|---|---|
| Employee ID: | 000324115 |
| Department: | 00218400-Paulsboro    Truck Service |
| Location: | Paulsboro |
| Job Title: | Truck Service Advisor I |
| Pay Rate: | $12.500000 Hourly |

**TAX DATA:**

| | Federal | NJ State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Commission | | | 153.44 | | 746.01 |
| Overtime Premium | 14.136202 | 5.08 | 99.41 | 70.30 | 1,367.80 |
| Regular Earnings | 12.500000 | 80.00 | 1,000.00 | 549.13 | 6,864.14 |
| Overtime Premium | 15.161741 | 8.72 | 175.11 | | 0.00 |
| Sales Incentive | | | 50.00 | | 50.00 |
| FT Holiday-Field Hourly | | 0.00 | | 16.00 | 200.00 |
| Vacation Earnings - Field Hrly | | 0.00 | | 8.00 | 100.00 |
| **TOTAL:** | | **93.80** | **1,477.96** | **643.43** | **9,327.95** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 147.03 | 911.36 |
| Fed MED/EE | 21.44 | 135.26 |
| Fed OASDI/EE | 91.63 | 578.33 |
| NJ Unempl EE | 5.65 | 35.68 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.37 | 2.33 |
| NJ NJ SWAF | 0.26 | 1.63 |
| NJ FLI/EE | 1.18 | 7.46 |
| NJ Withholdng | 26.49 | 158.16 |
| NJ OASDI/EE | 2.52 | 15.86 |
| **TOTAL:** | | **1,846.07** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 44.34 | 279.84 |
| **TOTAL:** | **44.34** | **279.84** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 8.31 | 52.47 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,477.96 | 1,433.62 | 296.57 | 44.34 | 1,137.05 |
| YTD | 9,327.95 | 9,048.11 | 1,846.07 | 279.84 | 7,202.04 |

| HOURS | VACATION | SICK |
|---|---|---|
| Pay Period Earned | | 2.0 |
| Pay Period Taken | | 0.0 |
| | | |
| YTD Earned | 10.0 | 18.0 |
| YTD Taken | 8.0 | 0.0 |
| VAC Full Year Avail | 32.0 | |
| SICK Balance | | 32.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007093391 | Checking | XXX6200 | 1,137.05 |
| **TOTAL:** | | | **1,137.05** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

**T/A Operating LLC**
24601 Center Ridge Road
Westlake, OH 44145-5634
440/808-9100

| Pay Group: | BW-Bi-Weekly |
| Pay Begin Date: | 02/27/2019 |
| Pay End Date: | 03/12/2019 |

| Business Unit: | USABU |
| Advice #: | 000000007072533 |
| Advice Date: | 03/19/2019 |

**Amy Heather Canning**
808 Mercer Street
Gloucester City, NJ 08030

| Employee ID: | 000324115 |
| Department: | 00218400-Paulsboro    Truck Service |
| Location: | Paulsboro |
| Job Title: | Truck Service Advisor I |
| Pay Rate: | $12.500000 Hourly |

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Commission | | | 85.68 | | 592.57 | |
| Regular Earnings | 12.500000 | 73.92 | 924.01 | 469.13 | 5,864.14 | |
| Vacation Earnings - Field Hrly | 12.500000 | 8.00 | 100.00 | 8.00 | 100.00 | |
| FT Holiday-Field Hourly | | 0.00 | 0.00 | 16.00 | 200.00 | |
| Overtime Premium | | 0.00 | 0.00 | 56.50 | 1,093.28 | |
| **TOTAL:** | | **81.92** | **1,109.69** | **549.63** | **7,849.99** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 104.17 | 764.33 |
| Fed MED/EE | 16.09 | 113.82 |
| Fed OASDI/EE | 68.80 | 486.70 |
| NJ Unempl EE | 4.25 | 30.03 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.27 | 1.96 |
| NJ NJ SWAF | 0.19 | 1.37 |
| NJ FLI/EE | 0.89 | 6.28 |
| NJ Withholdng | 17.68 | 131.67 |
| NJ OASDI/EE | 1.88 | 13.34 |
| **TOTAL:** | **214.22** | **1,549.50** |

| BEFORE-TAX DEDUCTIONS | | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD | |
| 401(k) Contribution | 33.29 | 235.50 | | | | 401(k) Contribution | 6.24 | 44.16 | |
| **TOTAL:** | **33.29** | **235.50** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,109.69 | 1,076.40 | 214.22 | 33.29 | 862.18 |
| YTD | 7,849.99 | 7,614.49 | 1,549.50 | 235.50 | 6,064.99 |

| HOURS | VACATION | SICK |
|---|---|---|
| Pay Period Earned | | 4.0 |
| Pay Period Taken | | 0.0 |
| | | |
| YTD Earned | 6.7 | 16.0 |
| YTD Taken | 8.0 | 0.0 |
| VAC Full Year Avail | 32.0 | |
| SICK Balance | | 30.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007072533 | Checking | XXX6200 | 862.18 |
| **TOTAL:** | | | **862.18** |

MESSAGE:

**T/A Operating LLC**
24601 Center Ridge Road
Westlake, OH 44145-5634
440/808-9100

| Pay Group: | BW-Bi-Weekly |
|---|---|
| Pay Begin Date: | 02/13/2019 |
| Pay End Date: | 02/26/2019 |

| | | |
|---|---|---|
| Business Unit: | USABU | |
| Advice #: | 000000007051722 | |
| Advice Date: | 03/05/2019 | |

Amy Heather Canning
808 Mercer Street
Gloucester City, NJ 08030

| Employee ID: | 000324115 |
|---|---|
| Department: | 00218400-Paulsboro   Truck Service |
| Location: | Paulsboro |
| Job Title: | Truck Service Advisor I |
| Pay Rate: | $12.500000 Hourly |

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Commission | | | 115.17 | | 506.89 |
| Regular Earnings | 12.500000 | 78.43 | 980.38 | 395.21 | 4,940.13 |
| Overtime Premium | 13.945451 | 13.53 | 263.47 | 56.50 | 1,093.28 |
| FT Holiday-Field Hourly | | | 0.00 | 16.00 | 200.00 |
| **TOTAL:** | | **91.96** | **1,359.02** | **467.71** | **6,740.30** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.19 | 660.16 |
| Fed MED/EE | 19.70 | 97.73 |
| Fed OASDI/EE | 84.26 | 417.90 |
| NJ Unempl EE | 5.20 | 25.78 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.34 | 1.69 |
| NJ NJ SWAF | 0.24 | 1.18 |
| NJ FLI/EE | 1.08 | 5.39 |
| NJ Withholdng | 22.52 | 113.99 |
| NJ OASDI/EE | 2.31 | 11.46 |
| **TOTAL:** | **268.84** | **1,335.28** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 40.77 | 202.21 |
| **TOTAL:** | **40.77** | **202.21** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 7.64 | 37.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,359.02 | 1,318.25 | 268.84 | 40.77 | 1,049.41 |
| YTD | 6,740.30 | 6,538.09 | 1,335.28 | 202.21 | 5,202.81 |

| HOURS | VACATION | SICK |
|---|---|---|
| Pay Period Earned | | 3.0 |
| Pay Period Taken | | 0.0 |
| YTD Earned | 6.7 | 12.0 |
| YTD Taken | 0.0 | 0.0 |
| VAC Full Year Avail | 40.0 | |
| SICK Balance | | 26.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007051722 | Checking | XXX6200 | 1,049.41 |
| **TOTAL:** | | | **1,049.41** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

TA Operating LLC
24601 Center Ridge Road
Westlake, OH 44145-5634
440/808-9100

| | |
|---|---|
| Pay Group: | BW-Bi-Weekly |
| Pay Begin Date: | 02/13/2019 |
| Pay End Date: | 02/26/2019 |

| | |
|---|---|
| Business Unit: | USABU |
| Advice #: | 000000007051722 |
| Advice Date: | 03/05/2019 |

Amy Heather Canning
808 Mercer Street
Gloucester City, NJ 08030

| | |
|---|---|
| Employee ID: | 000324115 |
| Department: | 00218400-Paulsboro    Truck Service |
| Location: | Paulsboro |
| Job Title: | Truck Service Advisor I |
| Pay Rate: | $12.500000 Hourly |

**TAX DATA:**

| | Federal | NJ State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | |
| Commission | | | 115.17 | | 506.89 | | |
| Regular Earnings | 12.500000 | 78.43 | 980.38 | 395.21 | 4,940.13 | | |
| Overtime Premium | 13.945451 | 13.53 | 263.47 | 56.50 | 1,093.28 | | |
| FT Holiday-Field Hourly | | 0.00 | 16.00 | 200.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL:** | | 91.96 | 1,359.02 | 467.71 | 6,740.30 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.19 | 660.16 |
| Fed MED/EE | 19.70 | 97.73 |
| Fed OASDI/EE | 84.26 | 417.90 |
| NJ Unempl EE | 5.20 | 25.78 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ WDPF | 0.34 | 1.69 |
| NJ SWAF | 0.24 | 1.18 |
| NJ FLI/EE | 1.08 | 5.39 |
| NJ Withholdng | 22.52 | 113.99 |
| NJ OASDI/EE | 2.31 | 11.46 |
| | | |
| **TOTAL:** | 268.84 | 1,335.28 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 40.77 | 202.21 |
| **TOTAL:** | 40.77 | 202.21 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Contribution | 7.64 | 37.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,359.02 | 1,318.25 | 268.84 | 40.77 | 1,049.41 |
| YTD | 6,740.30 | 6,538.09 | 1,335.28 | 202.21 | 5,202.81 |

| HOURS | VACATION | SICK |
|---|---|---|
| Pay Period Earned | | 3.0 |
| Pay Period Taken | | 0.0 |
| | | |
| YTD Earned | 6.7 | 12.0 |
| YTD Taken | 0.0 | 0.0 |
| VAC Full Year Avail | 40.0 | |
| SICK Balance | | 26.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007051722 | Checking | XXX6200 | 1,049.41 |
| | | | |
| **TOTAL:** | | | 1,049.41 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

TA Operating LLC
24601 Center Ridge Road
Westlake, OH 44145-5634
440/808-9100

| Pay Group: | BW-Bi-Weekly |
| Pay Begin Date: | 01/16/2019 |
| Pay End Date: | 01/29/2019 |

| Business Unit: | USABU |
| Advice #: | 000000007009690 |
| Advice Date: | 02/05/2019 |

Amy Heather Canning
808 Mercer Street
Gloucester City, NJ 08030

| Employee ID: | 000324115 |
| Department: | 00218400-Paulsboro Truck Service |
| Location: | Paulsboro |
| Job Title: | Truck Service Advisor I |
| Pay Rate: | $12.500000 Hourly |

| TAX DATA: | Federal | NJ State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD | |
| Commission | | | 75.47 | | 252.89 | Fed Withholdng | 108.51 | 388.16 | |
| Overtime Premium | 13.547380 | 5.80 | 111.79 | 29.18 | 561.30 | Fed MED/EE | 16.63 | 57.62 | |
| Regular Earnings | 12.500000 | 76.78 | 959.75 | 236.78 | 2,959.75 | Fed OASDI/EE | 71.11 | 246.38 | |
| FT Holiday-Field Hourly | | 0.00 | 16.00 | 200.00 | | NJ Unempl EE | 4.39 | 15.20 | |
| | | | | | | NJ NJ HCSF | 0.00 | 0.00 | |
| | | | | | | NJ NJ WDPF | 0.28 | 0.99 | |
| | | | | | | NJ NJ SWAF | 0.21 | 0.70 | |
| | | | | | | NJ FLI/EE | 0.92 | 3.18 | |
| | | | | | | NJ Withholdng | 18.41 | 67.65 | |
| | | | | | | NJ OASDI/EE | 1.95 | 6.76 | |
| TOTAL: | | 82.58 | 1,147.01 | 281.96 | 3,973.94 | TOTAL: | 222.41 | 786.64 | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Contribution | 34.41 | 119.22 | | | | 401(k) Contribution | 6.45 | 22.36 |
| TOTAL: | 34.41 | 119.22 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,147.01 | 1,112.60 | 222.41 | 34.41 | 890.19 |
| YTD | 3,973.94 | 3,854.72 | 786.64 | 119.22 | 3,068.08 |

| HOURS | VACATION | SICK |
|---|---|---|
| Pay Period Earned | | 3.0 |
| Pay Period Taken | | 0.0 |
| | | |
| YTD Earned | 3.3 | 7.0 |
| YTD Taken | 0.0 | 0.0 |
| VAC Full Year Avail | 40.0 | |
| SICK Balance | | 21.0 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | Account Type | Account Number | Deposit Amount |
| Advice #000000007009690 | Checking | XXX6200 | 890.19 |
| | | | |
| TOTAL: | | | 890.19 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

 *Exhibit D*

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

*Schmelia*
*1915830*

Document serial number: DOC130000000001480968

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

---

Case Number: 1915830

---

| | |
|---|---|
| **Original Filename:** | 20190502132110993.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, May 2nd 01:27:32 PM (local) |
| **Document Type:** | Individuals Case: Personal Tax Returns or Secured Docs |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

---

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# NJ-1040
## 2003

**STATE OF NEW JERSEY**
**INCOME TAX-RESIDENT RETURN**



5R

For Tax Year Jan.-Dec. 31, 2003, Or Other Tax Year Beginning _____, 2003, Month Ending ☐☐ , 20 _____

↓ **IMPORTANT! YOU MUST ENTER YOUR SSN (s).** ↓    Fill in ☐ if application for Federal extension is enclosed or enter confirmation # _____

**Your Social Security Number**
▓▓ - ▓▓ - 4 7 8 7

**Last Name, First Name and Initial** (Joint filers enter first name and initial of each - Enter spouse last name ONLY if different)
*Schemelia    Margaret J*

**Spouse's Social Security Number**
☐☐☐ - ☐☐ - ☐☐☐☐

**Home Address** (Number and Street, including apartment number or rural route)
*439 Bergen Street*

**County/Municipality Code** (See Table p. 51)
0 4 1 4

**City, Town, Post Office**    **State**    **Zip Code**
*Gloucester    N.J.    08030*

Place label on form if all preprinted information is correct. Otherwise, print or type your name and address.

| FILING STATUS | | EXEMPTIONS | | | | ENTER NUMBERS HERE |
|---|---|---|---|---|---|---|
| 1. ☐ Single | | 6. Regular ● Yourself ☐ Spouse | 6 | | 1 | |
| 2. ☐ Married, filing joint return | | 7. Age 65 or Over ☐ Yourself ☐ Spouse | 7 | | | |
| 3. ☐ Married, filing separate return Enter Spouse's Social Security Number in the boxes provided above | | 8. Blind or Disabled ☐ Yourself ☐ Spouse | 8 | | | |
| | | 9. Number of your qualified dependent children ........ | | 9 | | |
| | | 10. Number of other dependents | | 10 | | |
| 4. ● Head of household | | 11. Dependents attending colleges ........................ | 11 | | | |
| 5. ☐ Qualifying widow(er) | | 12. Totals (For Line 12a - Add Lines 6, 7, 8, and 11) (For Line 12b - Add Lines 9 and 10) ............. | 12a | 1 | 12b | 0 |

**RESIDENCY STATUS**    13. If you were a New Jersey resident for ONLY part of the taxable year, give the period of New Jersey residency:    From _____    To _____

**GUBERNATORIAL ELECTIONS FUND** ➡️
Do you wish to designate $1 of your taxes for this fund?  ☐ Yes  ● No
If joint return, does your spouse wish to designate $1?  ☐ Yes  ☐ No

Note: If you fill in the Yes oval(s) it will not increase your tax or reduce your refund.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14. Wages, salaries, tips, and other employee compensation (Enclose W-2) ............ | 14 | | , | | | , | | |
| 15a. Taxable interest income (See instructions)........................................ | 15a | | , | | | , 3 6 | 0 0 | |
| 15b. Tax-exempt interest income (See instructions) ......... DO NOT include on Line 15a | 15b | | , | | | , | | |
| 16. Dividends ........................................................................... | 16 | | , | | | , | | |
| 17. Net profits from business (Enclose copy of Federal Schedule C, Form 1040)...... | 17 | | , | | | , | | |
| 18. Net gains or income from disposition of property (Schedule B, Line 4) .............. | 18 | | , | | | , | | |
| 19. Pensions, Annuities and IRA Withdrawals    a. Taxable Amount Received ............... | 19a | | , 1 4 , 5 4 6 . 2 9 | | | | | |
| b. Less N.J. Pension Exclusion .................................. | 19b | 1 5 , 0 0 0 . 0 0 | | | | | | |
| c. Subtract Line 19b from Line 19a ............... | 19c | | , | | | , | | |
| 20. Distributive Share of Partnership Income (See instruction page 30) ............... | 20 | | , | | | , | | |
| 21. Net pro rata share of S Corporation Income (See instruction page 30) ............... | 21 | | , | | | , | | |
| 22. Net gain or income from rents, royalties, patents & copyrights ..................... (Schedule C, Line 3) | 22 | | , | | | , | | |
| 23. Net Gambling Winnings ............................................................ | 23 | | , | | | , | | |
| 24. Alimony and separate maintenance payments received ............................. | 24 | | , | | | , | | |
| 25. Other (See instruction page 31) ................................................. | 25 | | , | | | , | | |
| 26. Total Income (Add Lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24, and 25) ...... | 26 | | | | | | | |



27. Total Income (From Line 26, Page 1) ............................................... | 27 | | , | | , | 3 6 | . | 0 0 |

28. Other Retirement Income Exclusion (See Worksheet and instr. page 31) ............... | 28 | | , | | , | | . | |

29. **New Jersey Gross Income** (Subtract Line 28 from Line 27) ............................ | 29 | | , | | , | 3 6 | . | 0 0 |
See instruction page 31.

30a. Exemptions: From Line 12a _____/_____ x $1,000 = __1 0 0 0__

30b. From Line 12b _____ x $1,500 = _____

30c. Total Exemption Amount (Add Line 30a and Line 30b) ............................... | 30c | | 1 | , | 0 0 0 | . | 0 0 |
Part-Year Residents see instruction page 14.

31. Medical Expenses ..................................................... | 31 | | , | | , | | . | |
(See Worksheet and instruction page 33)

32. Alimony and Separate Maintenance Payments ............................. | 32 | | , | | , | | . | |

33. Qualified Conservation Contribution ................................. | 33 | | , | | , | | . | |

34. Total Exemptions and Deductions (Add Lines 30c, 31, 32, and 33) ............ | 34 | | 1 | , | 0 0 0 | . | 0 0 |

35. Taxable Income (Subtract Line 34 from Line 29) ............................... | 35 | | , | | , | | . | |
If zero or less, MAKE NO ENTRY.

36. Property Tax Deduction (See instruction page 33) ............................ | 36 | | , | | , | | . | |

37. NEW JERSEY TAXABLE INCOME (Subtract Line 36 from Line 35) | 37 | | , | | , | | . | |
If zero or less, MAKE NO ENTRY. ....................................

38. TAX (From Tax Table, page 53) ........................................ | 38 | | , | | , | | . | |

39. Credit For Income Taxes Paid to Other Jurisdictions (See instructions) .......... | 39 | | , | | , | | . | |

40. Balance of Tax (Subtract Line 39 from Line 38) ........................... | 40 | | , | | , | | . | |

41. Use Tax Due on Out-of-State Purchases (See instruction page 37) .......... | 41 | | , | | , | 0 | . | 0 0 |
If no Use Tax, enter ZERO (0.00).

42. Total Tax (Add Line 40 and Line 41) .................................... | 42 | | , | | , | | . | |

43. **Total New Jersey Income Tax Withheld** (Enclose Forms W-2 and 1099-R) ............ | 43 | | , | | , | 2 4 0 | . | |

44. Property Tax Credit (See instruction page 33) ............................ | 44 | | , | | , | | . | |

45. New Jersey Estimated Tax Payments/Credit from 2002 tax return ................... | 45 | | , | | , | | . | |
Fill in ⌒ if Form NJ-2210 is enclosed.

46. New Jersey Earned Income Tax Credit (See schedule Page 3) ............... | 46 | | , | | , | | . | |

47. EXCESS New Jersey UI/HC/WD Withheld (See instr. page 38) (Enclose Form NJ-2450) ............. | 47 | | , | | , | | . | |

48. EXCESS New Jersey Disability Insurance Withheld (See instr. page 38) | 48 | | , | | , | | . | |
(Enclose Form NJ-2450) ....................................

49. **Total Payments/Credits** (Add Lines 43 through 48) ........................ | 49 | | , | | , | 2 4 0 | . | |

BE SURE TO COMPLETE PAGES 3 AND 4

Form **1040A**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** (S) **2003** IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 19.)

Your first name and initial: Margaret J.
Last name: Schemelia

Your social security number: ~~███~~ 4787

**Use the IRS label.** Otherwise, please print or type.

If a joint return, spouse's first name and initial — Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 20.
439 Bergen Street — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 20.
Gloucester City N.J. 08030 - 2351

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 20.)

▶ **Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶

You: ☐ Yes ☒ No   Spouse: ☐ Yes ☐ No

**Filing status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ Amy Cooper
5 ☐ Qualifying widow(er) with dependent child (See page 21.)

**Exemptions**

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b ☐ **Spouse**

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 23) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 21.

No. of boxes checked on 6a and 6b: **1**

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 23)

Dependents on 6c not entered above

Add numbers on lines above: **1**

**d** Total number of exemptions claimed.

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

7 Wages, salaries, tips, etc. Attach Form(s) W-2.  **7**

8a **Taxable** interest. Attach Schedule 1 if required.  **8a**  36 | 00
b **Tax-exempt** interest. **Do not** include on line 8a.  **8b**

9a Ordinary dividends. Attach Schedule 1 if required.  **9a**
b Qualified dividends (see page 25).  **9b**

10a Capital gain distributions (see page 25).  **10a**
b Post-May 5 capital gain distributions (see page 25).  **10b**

11a IRA distributions.  **11a**   **11b** Taxable amount (see page 25).  **11b**

12a Pensions and annuities.  **12a** 14,801 | 75   **12b** Taxable amount (see page 26).  **12b** 14,546 | 29

13 Unemployment compensation and Alaska Permanent Fund dividends.  **13**

14a Social security benefits.  **14a** 1,582 | 00   **14b** Taxable amount (see page 28).  **14b**

15 Add lines 7 through 14b (far right column). This is your **total income.**  ▶ **15** 14,582 | 29

**Adjusted gross income**

16 Educator expenses (see page 28).  **16**
17 IRA deduction (see page 28).  **17**
18 Student loan interest deduction (see page 31).  **18**
19 Tuition and fees deduction (see page 31).  **19**
20 Add lines 16 through 19. These are your **total adjustments.**  **20**
21 Subtract line 20 from line 15. This is your **adjusted gross income.**  ▶ **21** 14,582 | 29

**Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.**  Cat. No. 11327A  Form **1040A** (2003)

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | | | 22 | 14,582 | 29 |
|---|---|---|---|---|---|---|---|
| | 23a | Check if: ☐ **You** were born before January 2, 1939, ☐ Blind ☐ **Spouse** was born before January 2, 1939, ☐ Blind } **Total boxes checked ▶** | 23a | | | | |
| | **b** | If you are married filing separately and your spouse itemizes deductions, see page 32 and check here **▶** 23b ☐ | | | | | |

| **Standard Deduction for—** ● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 32. ● All others: Single or Married filing separately, $4,750 Married filing jointly or Qualifying widow(er), $9,500 Head of household, $7,000 | 24 | Enter your **standard deduction** (see left margin). | | 24 | 7,000 | 00 |
|---|---|---|---|---|---|---|
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | 7,582 | 29 |
| | 26 | Multiply $3,050 by the total number of exemptions claimed on line 6d. | | 26 | 3,050 | 00 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** **▶** | | 27 | 4,532 | 29 |
| | 28 | **Tax,** including any alternative minimum tax (see page 33). | | 28 | 453 | 00 |
| | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | | | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | | | |
| | 31 | Education credits. Attach Form 8863. | 31 | | | |
| | 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | | | |
| | 33 | Child tax credit (see page 37). | 33 | | | |
| | 34 | Adoption credit. Attach Form 8839. | 34 | | | |
| | 35 | Add lines 29 through 34. These are your **total credits.** | | 35 | | |
| | 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | | 36 | 453 | 00 |
| | 37 | Advance earned income credit payments from Form(s) W-2. | | 37 | | |
| | 38 | Add lines 36 and 37. This is your **total tax.** **▶** | | 38 | 453 | 00 |

| | 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 574 | 41 | | |
|---|---|---|---|---|---|---|---|
| **If you have a qualifying child, attach Schedule EIC.** | 40 | 2003 estimated tax payments and amount applied from 2002 return. | 40 | | | | |
| | 41 | **Earned income credit (EIC).** | 41 | | | | |
| | 42 | Additional child tax credit. Attach Form 8812. | 42 | | | | |
| | 43 | Add lines 39 through 42. These are your **total payments.** **▶** | | | 43 | 574 | 41 |

| **Refund** Direct deposit? See page 50 and fill in 45b, 45c, and 45d. | 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid.** | | 44 | 121 | 41 |
|---|---|---|---|---|---|---|
| | 45a | Amount of line 44 you want **refunded to you.** **▶** | 45a | | 121 | 41 |
| **▶ b** | | Routing number | **▶ c** Type: ☐ Checking ☐ Savings | | | |
| **▶ d** | | Account number | | | | |
| | 46 | Amount of line 44 you want **applied to your 2004 estimated tax.** | 46 | | | |

| **Amount you owe** | 47 | **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see page 51. **▶** | | 47 | | |
|---|---|---|---|---|---|---|
| | 48 | Estimated tax penalty (see page 52). | 48 | | | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see page 52)? ☐ **Yes.** Complete the following. ☐ **No** Designee's name **▶** Phone no. **▶** ( ) Personal identification number (PIN) |
|---|---|

**Sign here**
Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature *Margaret J Schemelia* | Date 4-1-04 | Your occupation *Retired* | Daytime phone number 856 456-1770 |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

| **Paid preparer's use only** | Preparer's signature **▶** | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code **▶** | | EIN Phone no. ( ) | |



5R

For Tax Year Jan.-Dec. 31, 2003, Or Other Tax Year Beginning _____, 2003, Month Ending [ ][ ], 20 __

↓ **IMPORTANT! YOU MUST ENTER YOUR SSN (s).** ↓    Fill in ⬭ if application for Federal extension is enclosed or enter confirmation # _____

Your Social Security Number: 1 4 3 - 3 2 - 4 7 8 7

Spouse's Social Security Number: [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

County/Municipality Code (See Table p. 51): 0 4 1 4

Last Name, First Name and Initial (Joint filers enter first name and initial of each - Enter spouse last name ONLY if different)

Schemelia Margaret J

Home Address (Number and Street, including apartment number or rural route)

439 Bergen Street

City, Town, Post Office    State    Zip Code

Gloucester   N.J.   08030

For Privacy Act Notification. See Instructions

**FILING STATUS**

(Fill in only one)

1. ⬭ Single
2. ⬭ Married, filing joint return
3. ⬭ Married, filing separate return
   Enter Spouse's Social Security
   Number in the boxes provided
   above
4. ⬛ Head of household
5. ⬭ Qualifying widow(er)

**EXEMPTIONS**

| | | ENTER NUMBERS HERE |
|---|---|---|
| 6. Regular ⬛ Yourself ⬭ Spouse | 6 | 1 |
| 7. Age 65 or Over ⬭ Yourself ⬭ Spouse | 7 | |
| 8. Blind or Disabled ⬭ Yourself ⬭ Spouse | 8 | |
| 9. Number of your qualified dependent children | 9 | |
| 10. Number of other dependents | 10 | |
| 11. Dependents attending colleges | 11 | |
| 12. Totals (For Line 12a - Add Lines 6, 7, 8, and 11) (For Line 12b - Add Lines 9 and 10) | 12a 1 | 12b 0 |

**RESIDENCY STATUS**

13. If you were a New Jersey resident for ONLY part of the taxable year, give the period of New Jersey residency:

From M M / D D / Y Y   To M M / D D / Y Y

**GUBERNATORIAL ELECTIONS FUND** ➡

Do you wish to designate $1 of your taxes for this fund? ⬭ Yes ⬛ No
If joint return, does your spouse wish to designate $1? ⬭ Yes ⬭ No

Note: If you fill in the Yes oval(s) it will not increase your tax or reduce your refund.

| | | | |
|---|---|---|---|
| 14. Wages, salaries, tips, and other employee compensation (Enclose W-2) | 14 | | |
| 15a. Taxable interest income (See instructions) | 15a | | 3 6 00 |
| 15b. Tax-exempt interest income (See instructions) DO NOT include on Line 15a | 15b | | |
| 16. Dividends | 16 | | |
| 17. Net profits from business (Enclose copy of Federal Schedule C, Form 1040) | 17 | | |
| 18. Net gains or income from disposition of property (Schedule B, Line 4) | 18 | | |
| 19. Pensions, Annuities and IRA Withdrawals   a. Taxable Amount Received | 19a | 14,546 | 29 |
| b. Less N.J. Pension Exclusion | 19b | 15,000 | 00 |
| c. Subtract Line 19b from Line 19a | 19c | | |
| 20. Distributive Share of Partnership Income (See instruction page 30) | 20 | | |
| 21. Net pro rata share of S Corporation Income (See instruction page 30) | 21 | | |
| 22. Net gain or income from rents, royalties, patents & copyrights (Schedule C, Line 3) | 22 | | |
| 23. Net Gambling Winnings | 23 | | |
| 24. Alimony and separate maintenance payments received | 24 | | |
| 25. Other (See instruction page 31) | 25 | | |
| 26. Total Income (Add Lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24, and 25) | 26 | | |

| Form **1040A** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** (S) **2003** | IRS Use Only—Do not write or staple in this space. |
|---|---|---|

**Label** (See page 19.)

**Use the IRS label.** Otherwise, please print or type.

L A B E L H E R E

OMB No. 1545-0085

Your first name and initial: *Margaret J.*    Last name: *Schemelia*

If a joint return, spouse's first name and initial    Last name

**Your social security number** ~~    :    ~~ 4787

**Spouse's social security number**

Home address (number and street). If you have a P.O. box, see page 20. *439 Bergen Street*    Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 20. *Gloucester City N.J. 08030 - 2351*

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 20.)
▶ **Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶

|  | You | Spouse |
|---|---|---|
|  | ☐ Yes ☒ No | ☐ Yes ☐ No |

**Filing status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ *Amy Cooper*
5 ☐ Qualifying widow(er) with dependent child (see page 21.)

**Exemptions**

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b ☐ **Spouse**

c **Dependents:**

If more than six dependents, see page 21.

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 23) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**No. of boxes checked on 6a and 6b** | 1

**No. of children on 6c who:**
• lived with you
• did not live with you due to divorce or separation (see page 23)

**Dependents on 6c not entered above**

d Total number of exemptions claimed.

**Add numbers on lines above** | 1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 |  |  |
|---|---|---|---|---|
| 8a | **Taxable interest.** Attach Schedule 1 if required. | 8a | 36 | 6c |
| b | **Tax-exempt** interest. **Do not** include on line 8a. | 8b |  |  |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a |  |  |
| b | Qualified dividends (see page 25). | 9b |  |  |
| 10a | Capital gain distributions (see page 25). | 10a |  |  |
| b | Post-May 5 capital gain distributions (see page 25). 10b |  |  |  |
| 11a | IRA distributions. 11a | **11b** Taxable amount (see page 25). | 11b |  |  |
| 12a | Pensions and annuities. 12a *14,801* 75 | **12b** Taxable amount (see page 26). | 12b | 14,546 | 29 |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 |  |  |
| 14a | Social security benefits. 14a *1,582* 00 | **14b** Taxable amount (see page 28). | 14b |  |  |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 14,582 | 29 |

**Adjusted gross income**

| 16 | Educator expenses (see page 28). | 16 |  |  |
|---|---|---|---|---|
| 17 | IRA deduction (see page 28). | 17 |  |  |
| 18 | Student loan interest deduction (see page 31). | 18 |  |  |
| 19 | Tuition and fees deduction (see page 31). | 19 |  |  |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 |  |  |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 14,582 | 29 |

Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.    Cat. No. 11327A    Form **1040A** (2003)


*Exhibit E*

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000001456302

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

Case Number: 1915830

| | |
|---|---|
| **Original Filename:** | 20190418154550685.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, April 18th 03:50:44 PM (local) |
| **Document Type:** | Individuals Case: Pay Advices or POI |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Isabel C. Balboa |
| | 535 Route 38 STE 580 |
| | Cherry Hill, NJ 08002 |
| | P: (phone) +1 (856) 663-5002 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# PUBLIC EMPLOYEES' RETIREMENT SYSTEM
## STATEMENT OF ALLOWANCES AND DEDUCTIONS

| RETIREMENT NO. | NAME | | SOCIAL SECURITY NO. |
|---|---|---|---|
| 02 10 124335 | MARGARET J SCHEMELIA | | *********** |

| FED. EXEMPTIONS | CHECK DATE | PAYMENT FOR | CHECK NO. | HEALTH COVERAGE |
|---|---|---|---|---|
| S002 | JAN 01 2019 | DECEMBER | 220763605 | NONE |

| CURRENT EARNINGS | | DEDUCTIONS | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT |
| REGULAR | 1,101.77 | HEALTH COV. FOR JAN | FREE | | GROSS PENSION ALLOW. | 1,407.51 |
| SUPPLEMENTAL | | FED. INCOME TAX | 36.92 | 36.92 | TAXABLE PENSION FED. | 1,386.22 |
| COST OF LIVING | 305.74 | N.J. INCOME TAX | 20.00 | 20.00 | MEDICARE PART B | |
| MEDICARE PART B | | LOAN PAYMENT | | | | |
| | | I.R.S. LEVIES | 545.01 | 545.01 | SACT | |
| | | | | | SACT UNITS | |
| | | TOTAL DEDUCTIONS | 601.93 | | SACT UNIT VALUE | |
| TOTAL ALLOWANCE | 1,407.51 | NET PAY | 805.58 | | | |

The Tax Equity and Fiscal Responsibility Act of 1982 requires the Division of Pensions and Benefits to withhold Federal Income Tax from the taxable portion of your pension benefits unless you designate otherwise. You may change your Federal and/or N.J. State Income Tax withholding election at any time by submitting a W-4P form. You may obtain a Federal and/or State W-4P form over the Internet at www.state.nj.us/treasury/pensions or by contacting the Division of Pensions and Benefits, Attn: Client Services, PO BOX 295, Trenton,N.J. 08625-0295, --- (609) 292-7524. PLEASE INCLUDE RETIREMENT NUMBER ON ALL CORRESPONDENCE.

# PUBLIC EMPLOYEES' RETIREMENT SYSTEM
## STATEMENT OF ALLOWANCES AND DEDUCTIONS

| RETIREMENT NO. | NAME | | SOCIAL SECURITY NO. |
|---|---|---|---|
| 02 10 124335 | MARGARET J SCHEMELIA | | *********** |

| FED. EXEMPTIONS | CHECK DATE | PAYMENT FOR | CHECK NO. | HEALTH COVERAGE |
|---|---|---|---|---|
| S002 | MAR 01 2019 | FEBRUARY | 220794781 | NONE |

| CURRENT EARNINGS | | DEDUCTIONS | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT |
| REGULAR | 1,101.77 | HEALTH COV. FOR MAR | FREE | | GROSS PENSION ALLOW. | 4,222.53 |
| SUPPLEMENTAL | | FED. INCOME TAX | 36.92 | 110.76 | TAXABLE PENSION FED. | 4,158.66 |
| COST OF LIVING | 305.74 | N.J. INCOME TAX | 20.00 | 60.00 | MEDICARE PART B | |
| MEDICARE PART B | | LOAN PAYMENT | | | | |
| | | I.R.S. LEVIES | 545.01 | 1,635.03 | SACT | |
| | | | | | SACT UNITS | |
| | | TOTAL DEDUCTIONS | 601.93 | | SACT UNIT VALUE | |
| TOTAL ALLOWANCE | 1,407.51 | NET PAY | 805.58 | | | |

The Tax Equity and Fiscal Responsibility Act of 1982 requires the Division of Pensions and Benefits to withhold Federal Income Tax from the taxable portion of your pension benefits unless you designate otherwise. You may change your Federal and/or N.J. State Income Tax withholding election at any time by submitting a W-4P form. You may obtain a Federal and/or State W-4P form over the Internet at www.state.nj.us/treasury/pensions or by contacting the Division of Pensions and Benefits, Attn: Client Services, PO BOX 295, Trenton,N.J. 08625-0295, --- (609) 292-7524. PLEASE INCLUDE RETIREMENT NUMBER ON ALL CORRESPONDENCE.

**STATE OF NEW JERSEY**
Division of Pensions and Benefits
Public Employees' Retirement System
PO BOX 295
Trenton, NJ 08625-0295

ADDRESS SERVICE REQUESTED



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
TRENTON, NJ
PERMIT 21

0003408     01 AV 0.375  **AUTO  T5 1 1808 08030-114308   -C02-P03411-I

MARGARET J SCHEMELIA
808 MERCER ST
GLOUCESTER CITY NJ 08030-1143

# PUBLIC EMPLOYEES' RETIREMENT SYSTEM
## STATEMENT OF ALLOWANCES AND DEDUCTIONS

| RETIREMENT NO. | NAME | SOCIAL SECURITY NO. |
|---|---|---|
| 02 10 124335 | MARGARET J SCHEMELIA | ***********  |

| FED. EXEMPTIONS | CHECK DATE | PAYMENT FOR | CHECK NO. | HEALTH COVERAGE |
|---|---|---|---|---|
| S002 | JAN 01 2019 | DECEMBER | 220763605 | NONE |

| CURRENT EARNINGS | | DEDUCTIONS | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT |
| REGULAR | 1,101.77 | HEALTH COV. FOR JAN | FREE | | GROSS PENSION ALLOW. | 1,407.5 |
| SUPPLEMENTAL | | FED. INCOME TAX   * | 36.92 | 36.92 | TAXABLE PENSION FED. | 1,386.2 |
| COST OF LIVING | 305.74 | N.J. INCOME TAX | 20.00 | 20.00 | MEDICARE PART B | |
| MEDICARE PART B | | LOAN PAYMENT | | | | |
| | | I.R.S. LEVIES | 545.01 | 545.01 | SACT | |
| | | | | | SACT UNITS | |
| TOTAL ALLOWANCE | 1,407.51 | TOTAL DEDUCTIONS  * | 601.93 | | SACT UNIT VALUE | |
| | | NET PAY   * | 805.58 | | | |

The Tax Equity and Fiscal Responsibility Act of 1982 requires the Division of Pensions and Benefits to withhold Federal Income Tax from the taxable portion of your pension benefit unless you designate otherwise.  You may change your Federal and/or N.J. State Income Tax withholding election at any time by submitting a W-4P form.  You may obtain a Federa and/or State W-4P form over the internet at www.state.nj.us/treasury/pensions or by contacting the Division of Pensions and Benefits, Attn: Client Services, PO BOX 295, Trenton,N.. 08625-0295, --- (609) 292-7524.  PLEASE INCLUDE RETIREMENT NUMBER ON ALL CORRESPONDENCE.

# PUBLIC EMPLOYEES' RETIREMENT SYSTEM
## STATEMENT OF ALLOWANCES AND DEDUCTIONS

| RETIREMENT NO. | NAME | SOCIAL SECURITY NO. |
|---|---|---|
| 02 10 124335 | MARGARET J SCHEMELIA | *********** |

| FED. EXEMPTIONS | CHECK DATE | PAYMENT FOR | CHECK NO. | HEALTH COVERAGE |
|---|---|---|---|---|
| S002 | MAR 01 2019 | FEBRUARY | 220794781 | NONE |

| CURRENT EARNINGS | | DEDUCTIONS | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT |
| REGULAR | 1,101.77 | HEALTH COV. FOR MAR | FREE | | GROSS PENSION ALLOW. | 4,222.53 |
| SUPPLEMENTAL | | FED. INCOME TAX | 36.92 | 110.76 | TAXABLE PENSION FED. | 4,158.66 |
| COST OF LIVING | 305.74 | N.J. INCOME TAX | 20.00 | 60.00 | MEDICARE PART B | |
| MEDICARE PART B | | LOAN PAYMENT | | | | |
| | | I.R.S. LEVIES | 545.01 | 1,635.03 | SACT | |
| | | | | | SACT UNITS | |
| | | TOTAL DEDUCTIONS | 601.93 | | SACT UNIT VALUE | |
| TOTAL ALLOWANCE | 1,407.51 | NET PAY | 805.58 | | | |

The Tax Equity and Fiscal Responsibility Act of 1982 requires the Division of Pensions and Benefits to withhold Federal Income Tax from the taxable portion of your pension benefits unless you designate otherwise. You may change your Federal and/or N.J. State Income Tax withholding election at any time by submitting a W-4P form. You may obtain a Federal and/or State W-4P form over the Internet at www.state.nj.us/treasury/pensions or by contacting the Division of Pensions and Benefits, Attn: Client Services, PO BOX 295, Trenton, N.J. 08625-0295, --- (609) 292-7524. PLEASE INCLUDE RETIREMENT NUMBER ON ALL CORRESPONDENCE.